March 20, 2020

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92677-0590



U.S. Citizenship
and Immigration
Services

HCL AMERICA INC
c/o LAURA BLACK
FRAGOMEN DEL REY BERNSEN & LOEWY
100 HIGH ST FLR 3
BOSTON, MA 02110



WAC2005951280



A215-626-861

Form I-129, Petition for a Nonimmigrant Worker

## DECISION

On December 11, 2019, your organization, HCL AMERICA INC, filed a Petition for a Nonimmigrant Worker (Form I-129), with U.S. Citizenship and Immigration Services (USCIS), seeking to classify THALACHEERU, VENKATESWARA PRASA (beneficiary) as a temporary worker in a specialty occupation (H-1B) under section 101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (INA) with a concurrent request for extension of stay.

It is ordered by the Director of the California Service Center, USCIS, that the extension of stay requested in behalf of the beneficiary be denied because the nonimmigrant visa petition filed in behalf of the beneficiary has been denied.

The denial of the Form I-129 leaves the beneficiary without lawful immigration status. Absent other approved application or petition that would bestow valid immigration status upon the beneficiary, the beneficiary is now present in the United States in violation of the law. Failing to maintain valid nonimmigrant status or remaining in the United States beyond the expiration of nonimmigrant status will affect the beneficiary's ability to return to the United States in the future. If the date listed on the Form I-94 has already passed, this decision leaves the beneficiary without lawful immigration status and the beneficiary is hereafter present in the United States in violation of the law and is required to depart the United States immediately.

If you file a motion or appeal of the Form I-129 denial with USCIS, and if USCIS subsequently reopens and approves the Form I-129, and if the beneficiary is otherwise eligible for the extension of stay, USCIS will, on its own motion, grant the requested extension of stay. THERE IS NO FEE REQUIRED FOR THIS ACTION.

If the beneficiary has any questions concerning immigration services and benefits, the beneficiary may telephone 1-800-375-5283 or for TTY 1-800-767-1833.

If you disagree with this decision, you may file a motion to reopen or reconsider with a Notice of Appeal or Motion (Form I-290B) within 30 days (33 days if by mail) of the date of this decision. For the latest information on filing location, fee, and other requirements, please review the Form I-290B instructions at http://www.uscis.gov/forms, call our USCIS Contact Center at 1-800-375-5283, or visit



your local USCIS office.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at http://www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Sincerely,

*Kathy A. Baran*

Kathy A. Baran
Director, California Service Center

