UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKATA PRASA THALACHEERU<br><br>Plaintiff<br><br>-against-<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant | Civil Action No. 1:20-cv-01187-EGS<br><br>**PLAINTIFF'S NOTICE OF THE WITHDRAWAL OF HIS APPLICATION FOR PRELIMINARY INJUNCTION** |

Plaintiff now notifies the Court that he has withdrawn his application for a preliminary injunction in this action.

Respectfully Submitted this 14th day of May, 2020.

/s/ *Michael E. Piston*
Michael E. Piston  (MI 002)
Attorney for the Plaintiff
Immigration Law Offices of Los Angeles, P.C.
(Manhattan Office)
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email:michaelpiston4@gmail.com

CERTIFICATE OF SERVICE

I certify that the foregoing was served upon the defendant in this action by sending it by certified mail to the following addresses:

United States Citizenship and Immigration Services
c/o Civil Process Clerk

1

United States Attorney's Office
 555 4th St NW, Washington, DC 20530

United States Citizenship and Immigration Services
c/o  Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

United States Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington DC 20529


/s/ *Michael E. Piston*
Michael E. Piston  (MI 002)
Attorney for the Plaintiff
Immigration Law Offices of Los Angeles, P.C.
(Manhattan Office)
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email:michaelpiston4@gmail.com
Dated: May 14, 2020