UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKATA PRASA THALACHEERU<br><br>     Plaintiff<br><br>  -against-<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>     Defendant | **Case No.** 1:20-cv-01187-EGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TAKE NOTICE:

This action is dismissed by the Plaintiff in its entirety.

The dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully Submitted this 14th day of May, 2020

/Michael E. Piston
Michael E. Piston (MI 002)
Senior Attorney
Immigration Law Offices of Los Angeles, P.C.
Manhattan Office
225 Broadway Suite 307
New York, NY 10007
646/845-9895
Fax: 206-770-6350
michael@immigrationhelpla.com

CERTIFICATE OF SERVICE

I certify that the foregoing was served upon the defendant in this action today by mailing it by certified mail to the following addresses:

United States Citizenship and Immigration Services
c/o Civil Process Clerk
United States Attorney's Office
555 4th St NW, Washington, DC 20530

United States Citizenship and Immigration Services
c/o  Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

United States Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington DC 20529

s/*Michael E. Piston*
Michael E. Piston (MI 002)
Senior Attorney
Immigration Law Offices of Los Angeles, P.C.
Manhattan Office
225 Broadway Suite 307
New York, NY 10007
646/845-9895
Fax: 206-770-6350
michael@immigrationhelpla.com

Dated: May 14, 2020